FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02625-BNB

ANGENETTE R. LEWIS,

    Plaintiff,

v.

U.S. DEPT. OF JUSTICE,

    Defendant.

## ORDER OF DISMISSAL

Ms. Angenette R. Lewis initiated this action by filing a *pro se* pleading titled "Motion to File Without Payment of Filing Fee Appoint and Pay Interpreter Costs and Supporting Financial Affidavit." At the time Plaintiff Angenette R. Lewis submitted the instant action to this Court, she was detained at the Denver Women's Correctional Facility in Denver, Colorado. Ms. Lewis, however, submitted a Letter along with the Motion, in which she states that she would be released soon and any correspondence from the Court should be sent to 250 W. 14th #206 in Denver, Colorado.

In an order entered on December 3, 2008, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Ms. Lewis that she must cure the deficiencies in her pleading by filing her claims on a Court-approved form used in filing prisoner complaints. Plaintiff also was instructed to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that is used by nonprisoner plaintiffs, because her continuing obligation to pay the filing fee is to be

determined, like any nonprisoner, solely on the basis of whether she qualifies for *in forma pauperis* status. See ***Whitney v. New Mexico***, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also **McGore v. Wrigglesworth***, 114 F.3d 601, 612-13 (6th Cir. 1997); ***In re Prison Litigation Reform Act***, 105 F.3d 1131, 1138-39 (6th Cir. 1997); ***McGann v. Commissioner, Soc. Sec. Admin.***, 96 F.3d 28, 29-30 (2nd Cir. 1996). Plaintiff was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

Plaintiff now has failed to communicate with the Court, and as a result she has failed to cure the deficiencies identified in the December 3, 2008, Order within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice because Plaintiff failed to cure the deficiencies identified in the December 3, 2008, Order within the time allowed.

DATED at Denver, Colorado, this 15 day of January, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02625-BNB

Angenette Lewis
c/o Patricia Cook
250 W. 14th #206
Denver, CO 80204

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/21/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk